Jodi K. Swick No. 228634
Charan M. Higbee No. 148293
**McDOWELL HETHERINGTON LLP**
1 Kaiser Plaza, Suite 340
Oakland, CA 94612
Telephone: 510.628.2145
Facsimile: 510.628.2146
Email: jodi.swick@mhllp.com
charan.higbee@mhllp.com

Attorneys for Defendant
THE GUARDIAN LIFE INSURANCE COMPANY
Of AMERICA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| JUDY TAKEUCHI,<br><br>    Plaintiff,<br><br>    v.<br><br>GUARDIAN LIFE INSURANCE COMPANY, et al.,<br><br>    Defendants. | Case No. 3:18-cv-06925-VC<br><br>Assigned to: Hon. Vince Chhabria<br><br>**STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE AND [PROPOSED] ORDER**<br><br>**[F.R.C.P.41]**<br><br>Complaint Filed: November 15, 2018 |

**IT IS HEREBY STIPULATED**, pursuant to Federal Rule of Civil Procedure 41(a), by and between plaintiff Judy Takeuchi and defendant The Guardian Life Insurance Company of America, through their attorneys of record, that the above-entitled action may be dismissed with prejudice in its entirety and as to all parties, with all parties to bear their own attorney's fees, costs and expenses.

//
//
//
//
//

| | | |
|---|---|---|
| 1 | Dated: April 30, 2019 | McDOWELL HETHERINGTON LLP |

Dated: April 30, 2019						McDOWELL HETHERINGTON LLP

By:   */s/ Charan M. Higbee*
    Jodi K. Swick
    Charan M. Higbee

Attorneys for Defendant
THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA

Dated: April 30, 2019						LAW OFFICES OF BENNETT M. COHEN

By:   */s/ Bennett M. Cohen*
    Bennett M. Cohen

Attorneys for Plaintiff JUDY TAKEUCHI

# **ORDER**

Having read the parties' stipulation and good cause appearing therefore, it is hereby ordered as follows:

1. This action hereby is dismissed with prejudice in its entirety and as to all parties, with all parties to bear their own attorney's fees, costs and expenses.

**IT IS SO ORDERED:**

Dated: May 6, 2019

_____
THE HONORABLE VINCE CHHABRIA
UNITED STATES DISTRICT JUDGE